IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JESSIE WILLIAMS,

                              Plaintiff,

      v.

DR. ENDRES,

                              Defendant.

ORDER

14-cv-172-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an order entered on March 25, 2014, I denied plaintiff Jessie Williams's request for leave to proceed in forma pauperis and dismissed his complaint for failure to state a claim upon which relief may be granted. I gave plaintiff until April 15, 2014, in which to submit an amended complaint addressing the deficiencies explained in the March 25 order. In addition, I warned plaintiff that his failure to respond to the court's order would result in dismissal of this case. It is over a week past the April 14 deadline and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

      Accordingly, IT IS ORDERED that plaintiff Jessie Williams's case is DISMISSED with prejudice. The clerk of court is directed to enter judgment and close this case.

      Entered this 25th day of April, 2014.

                                                    BY THE COURT:
                                                   /s/
                                                   BARBARA B. CRABB
                                                   District Judge