IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JESSIE WILLIAMS,

        Plaintiff,             JUDGMENT IN A CIVIL CASE

v.                              14-cv-172-bbc

DR. ENDRES,

        Defendant.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice.

| /s/ | 4/25/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |